FILED

DEC 0 3 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 88-CR-000071-01-GT |
| Plaintiff, | ORDER FOR U.S. PAROLE/PROBATION TO RELEASE DOCUMENTS FROM PAROLEE'S FILE |
| vs. | |
| CHARLES JAMES THOMAS, | |
| Defendant. | |

To:    United States Parole/Probation, San Diego Office, Chula Vista Office, and U.S.

Parole/Probation Officer Jennifer Walker:

Good cause appearing you are hereby ordered and authorized to provide attorney Jack J.

Boltax with copies of the following documents from your parole case file for parolee Charles James

Thomas (Federal Registration Number 11950-198):

1) Any and all correspondence, including, but not limited to any emails, faxes, letters, and/or

phone messages between parolee Charles James Thomas (Federal Registration Number

11950-198) and FCI/FDC Seagoville and any staff members at FCI/FDC Seagoville,

including but not limited to any counselors, R. Ordonez (AKA Ordunez) and Joe (AKA Jo,

Joseph) Baker, that were dated, made, or occurred any time on or after January 9, 2009.

2) Any and all correspondence, including but not limited to any letters, motions, faxes, emails

and/or phone messages between parolee Charles James Thomas (Federal Registration Number 11950-198) and either the U.S. District Court , Southern District of California, and/or Honorable Gordon Thompson, U.S. District Court Judge, and/or Judge Thompson's staff.

Date: 12 - 3 - 09

Honorable Gordon Thompson
U.S. District Court Judge
Southern District of California